# NO. 12-09-00048-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  | § |  |
|---|---|---|
| *IN RE: ALZA CORPORATION,* *RELATOR* | § | *ORIGINAL PROCEEDING* |
|  | § |  |

### *MEMORANDUM OPINION*
### *PER CURIAM*

ALZA Corporation, relator, has filed a motion to dismiss this original proceeding. In its motion, ALZA represents that the parties have settled the underlying lawsuit, and that the trial court has signed an order dismissing all claims with prejudice.

The trial court's order renders this proceeding moot. Accordingly, ALZA's motion to dismiss is granted, and its petition for writ of mandamus is ***dismissed***.

Opinion delivered June 30, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)